**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Frank Entertainment Companies, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1375440** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1003 W. Indiantown Rd, Suite 210 Jupiter, FL 33458** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Frank Entertainment Companies, LLC**         Case number (*if known*) _____
<br>Name

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor    **Frank Entertainment Companies, LLC**                                      Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

---

**◼︎    Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Frank Entertainment Companies, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 17, 2018**
MM / DD / YYYY

X **/s/ Bruce Frank**
Signature of authorized representative of debtor

**Bruce Frank**
Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Bradley S. Shraiberg**                Date **August 17, 2018**
Signature of attorney for debtor                      MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Landau & Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone    **561 443 0800**      Email address    **bss@slp.law**

**121622 FL**
Bar number and State

Debtor  **Frank Entertainment Companies, LLC**

Name

Case number *(if known)* _____

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | **Frank Investments, Inc.** | | Relationship to you | **Affiliate** |
| District | **Southern** | When **8/17/18** | Case number, if known | **18-20019** |
| Debtor | **Frank Theatres Management, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern** | When **8/17/18** | Case number, if known | **18-20022** |
| Debtor | **Rio Mall, LLC** | | Relationship to you | **Affiliate** |
| District | **US Bankruptcy Court, Southern District of Florida** | When **6/28/18** | Case number, if known | **18-17840-EPK** |

**Fill in this information to identify the case:**

Debtor name    **Frank Entertainment Companies, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 16, 2018**    x _____
                 Signature of individual signing on behalf of debtor

                 **Bruce Frank**
                 Printed name

                 **President**
                 Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Frank Entertainment Companies, LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**SOUTHERN DISTRICT OF FLORIDA**</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 West Pershing, LLC c/o EPR Properties 909 Walnut Suite 200 Kansas City, MO 64106 | | Vendor | | | | $224,128.76 |
| 35 Oak US 5 Inc. Attn: David Atkins 766 Riverside Dr Coral Springs, FL 33071 | | Vendor | | | | $267,398.70 |
| ADW Architects Six Coliseum Centre 2815 Coliseum Center Dr Suite 500 Charlotte, NC 28217 | | Vendor | | | | $143,102.66 |
| Ajax Metal Building Master Tenant, LP c/o Core Asset Management 114 Chestnut St 5th Floor Philadelphia, PA 19106 | | Vendor | | | | $1,391,651.81 |
| Ashby & Geddes 500 Delaware Ave P.O. Box 1150 Wilmington, DE 19899 | | Vendor | | | | $48,315.49 |
| Astor Weiss Kaplan & Mandel, LLP 200 South Broad St Suite 600 Philadelphia, PA 19102 | | Vendor | | | | $551,072.98 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Frank Entertainment Companies, LLC**                                      Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brixmor Victory Square, LLC c/o Brixmor Property Group P.O. Box 645351 Cincinnati, OH 45264-5351** | | **Vendor** | | | | **$124,692.36** |
| **Capital Contractors, Inc 25049 Network Pl Chicago, IL 60673-1250** | | **Vendor** | | | | **$48,141.20** |
| **Comiter, Singer, Baseman & Braun, LLP 3801 PGA Blvd Suite 604 Palm Beach Gardens, FL 33410** | | **Vendor** | | | | **$45,581.25** |
| **Destiny USA Holdings LLC Pyramid Company of Onondaga M & T Bank P.O. Box 800 - Dept #691 Buffalo, NY 14267** | | **Vendor** | | | | **$290,000.00** |
| **Fishtown Fleet Wash P.O. Box 29367 Philadelphia, PA 19125** | | **Vendor** | | | | **$55,200.00** |
| **Freedom Enterprise, Inc P.O. Box 736 1741 Valley Forge Rd Worcester, PA 19490** | | **Vendor** | | | | **$67,032.22** |
| **Gettysburg Outlet Center, LP 5383 Paysphere Cir Chicago, IL 60674** | | **Vendor** | | | | **$355,678.84** |
| **Imax Corporation 2525 Speakman Dr Mississauga, Ontario L5K 1B1 Canada** | | **Vendor** | | | | **$209,003.44** |
| **NEC Financial Services 24189 Network Pl Chicago, IL 60673-1241** | | **Vendor** | | | | **$137,819.82** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Frank Entertainment Companies, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PTC Owners Association 111 Rockville Pike Suite 1100 Rockville, MD 20850** | | **Vendor** | | | | **$71,859.10** |
| **Rait Partnership, LP Inlet Square Mall - 7915 P.O. Box 7247 Philadelphia, PA 19170-7915** | | **Vendor** | **Disputed** | | | **$952,842.33** |
| **Sony Electronics, Inc 22470 Network Pl Chicago, IL 60673-1224** | | **Vendor** | | | | **$44,654.17** |
| **The Hanover Insurance Group P.O. Box 580045 Charlotte, NC 28258-0045** | | **Vendor** | | | | **$148,990.41** |
| **Tilton Properties, LLC P.O. Box 5 Northfield, NJ 08225** | | **Landlord for theatre in Northfield, NJ. Unpaid Rent for June, July, and August.** | | | | **$723,647.22** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re   **Frank Entertainment Companies, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 16, 2018**

Bruce Frank/President
Signer/Title

30 West Pershing, LLC
c/o EPR Properties
909 Walnut
Suite 200
Kansas City, MO 64106


35 Oak US 5 Inc.
Attn: David Atkins
766 Riverside Dr
Coral Springs, FL 33071


A & B CC Cleaning Company, LLC
P.O. Box 670144
Coral Springs, FL 33067


A & I Fire & Water Restoration
A & I Corporation
1004 8th Ave N
Myrtle Beach, SC 29577


ADW Architects
Six Coliseum Centre
2815 Coliseum Center Dr
Suite 500
Charlotte, NC 28217


Affordable Fire Solutions, LLC
P.O. Box 1077
Tyler, TX 75710


Airgas National Carbonation
P.O. Box 602792
Charlotte, NC 28260-2792


Ajax Metal Building Master Tenant, LP
c/o Core Asset Management
114 Chestnut St
5th Floor
Philadelphia, PA 19106


American Express
P.O. Box 650448
Dallas, TX 75265-0448

Appalachian Power
P.O. Box 371496
Pittsburgh, PA 15250-7496


Appalachian Signals and Products, Inc.
ASAP
P.O. Box 508
Winfield, WV 25213


Ashby & Geddes
500 Delaware Ave
P.O. Box 1150
Wilmington, DE 19899


Astor Weiss Kaplan & Mandel, LLP
200 South Broad St
Suite 600
Philadelphia, PA 19102


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Atlantic City Electric
P.O. Box 13160
Philadelphia, PA 19101-3610


Axis Capital, Inc.
308 N. Locust Street, Suite 100
Grand Island, NE 68801


Bank of America
P.O. Box 15796
Wilmington, DE 19886-5796


Beverage & Equipment Service Technicians
1021 Washington Ave
Croydon, PA 19021-7568


Bose McKinney & Evans, LLP
111 Monument Cir
Suite 2700
Indianapolis, IN 46204

Brixmor Victory Square, LLC
c/o Brixmor Property Group
P.O. Box 645351
Cincinnati, OH 45264-5351


Broward County Tax Collector
PO Box 29009
Fort Lauderdale, FL 33302-9009


Capital Contractors, Inc
25049 Network Pl
Chicago, IL 60673-1250


Cardmemeber Service
P.O. Box 1423
Charlotte, NC 28201-1423


Catalyst Outdoor Advertising, LLC
3400 West Chester Pike
Suite 100
Newtown Square, PA 19073


Center for Forensic Studies
1608 Walnut St
Philadelphia, PA 19103-5450


Chase
P.O. Box 1423
Charlotte, NC 28201-1423


Chase
P.O. Box 1423
Charlotte, NC 28201-1423


Cinema Scene Marketing
9200 Indian Creek Pkwy
# 200
Overland Park, KS 66210


Cinevizion
Chaplin Theatre
5300 Melrose Ave
Suite B-210
Los Angeles, CA 90038

Cintas Corporation
P.O. Box 630803
Cincinnati, OH 45263-0803


City of Conway
P.O. Box 1507
Conway, SC 29528


City of Philadelphia
Department of Revenue
1401 John F. Kennedy Blvd
Concourse Level
Philadelphia, PA 19102


City Plumbing
3383 Miller St
Philadelphia, PA 19134


Cleanex Global, LLC
3535 Overlook Dr NE
Saint Petersburg, FL 33703


Comiter, Singer, Baseman & Braun, LLP
3801 PGA Blvd
Suite 604
Palm Beach Gardens, FL 33410


Commercial Lighting Company
P.O. Box 270651
Tampa, FL 33688


Connolly Gallagher, LLP
1000 West St
# 1400
Wilmington, DE 19801


Corporate Service Consultants, LLC
P.O. Box 1048
Dandridge, TN 37725


Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397

Corporation Service Company
As Representative
PO Box 2576
Springfield, IL 62708


Cruden Bay Partners, LLC
3601 PGA Blvd, Suite 220
Palm Beach Gardens, FL 33410


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Dade Paper & Bag Co.
7605 Dorsey Run Rd
Suite C
Jessup, MD 20794


Daszkal Bolton, LLP
4455 Military Trail
Suite 201
Jupiter, FL 33458


Deluxe Echostar, LLC
File # 749669
P.O. Box 749669
Los Angeles, CA 90074-9669


Destiny USA Holdings LLC
Pyramid Company of Onondaga
M & T Bank
P.O. Box 800 - Dept #691
Buffalo, NY 14267


Diversey, Inc
25337 Network Pl
Chicago, IL 60673-1253


EFA Partners
1205 Johnson Ferry Rd
Suite 136-134
Marietta, GA 30068

Entertainment Supply & Technologies, LLC
3820 Northdale Blvd
# 308B
Tampa, FL 33624


Everest National Insurance Co.
File 57345
725 West Town & Country Rd
Suite 400
Orange, CA 92868


Faraco Knife & Slicer Co
P.O. Box #42
Pennsburg, PA 18073-0042


Fast Signs of Philadelphia
1600 JFK Pkwy
Suite 104
Philadelphia, PA 19103


FEP Building Solutions
P.O. Box 436
1741 Valley Forge Rd
Worcester, PA 19490


Fidelity Burglar & Fire Alarm Co.
1900 Woodhaven Rd
Philadelphia, PA 19116-3024


First American Title Insurance Company
Two Liberty Place
50 South 16th St
Suite 3010
Philadelphia, PA 19102


First National Capital Corporation
1026 Highway 6 N
Houston, TX 77079


First National Capital Corporation
1026 Highway 6 N
Houston, TX 77079


Fishtown Fleet Wash
P.O. Box 29367
Philadelphia, PA 19125

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Frank Investments, Inc
1003 West Indiantown Rd
Suite 210
Jupiter, FL 33458


Freedom Enterprise, Inc
P.O. Box 736
1741 Valley Forge Rd
Worcester, PA 19490


Freedom International Shipping, LLC
England Log
P.O. Box 788
Jupiter, FL 33468-0788


Georgia Department of Revenue
PO Box 105408
Atlanta, GA 30348-5408


Gettysburg Outlet Center, LP
5383 Paysphere Cir
Chicago, IL 60674


Gettysburg Times Publishing, LLC
P.O. Box 3669
Gettysburg, PA 17325


Guardian
P.O. Box 824404
Philadelphia, PA 19182-4404


Holiday Inn Express
Delaware Waterfront Associates
100 North Columbus Blvd
Philadelphia, PA 19106


HTC
P.O. Box 1819
Conway, SC 29528-1819

Imax Corporation
2525 Speakman Dr
Mississauga, Ontario L5K 1B1
Canada


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


IPFS Corporation
P.O. Box 100391
Pasadena, CA 91189-0391


Jani-King of Savannah
Savannah River Enterprises, Inc
3665 Wheeler Rd
Suite 1A
Augusta, GA 30909


Jeff Macharyas
19 State St
Canton, NY 13617


Jefferson County Sheriff's Tax Office
112 E. Washington St.
Charles Town, WV 25414


Johnny's Lawn Service LLC
Ronald D. Coculo
117 Parkview Dr
Saint Albans, WV 25177


Kay & Sons, LLC
52 Buttonwood St
Norristown, PA 19401


Kishmish, Inc
217 Montgomery St
Suite 801
Syracuse, NY 13202

```
La Quinta Inn & Suites
Rushi Hospitality LLC
5000 Clover Rd
Mount Laurel, NJ 08054


Las Olas Riverfront, LP
2434 East Las Olas Blvd
Fort Lauderdale, FL 33301


Las Olas Riverfront, LP
c/o Jason R. Block
Rennert Vogel Mandler & Rodriguez, PA
100 SE 2nd St., Ste 2900 - Miami Tower
Miami, FL 33131


Liberty Integrated Solutions, Inc
1230 Old York Rd
Suite 201
Warminster, PA 18974


Lumos Network
P.O. Box 11171
Charleston, WV 25339-1171


NEC Financial Services
24189 Network Pl
Chicago, IL 60673-1241


NEC Financial Services, LLC
250 Pehle Ave, Suite 309
Saddle Brook, NJ 07663-5800


New Jersey American Water
Box 371331
Pittsburgh, PA 15250-7331


New York State Department of
Financial Services
One State St
New York, NY 10004-1511


NO S Properties, LLC
500 Corporate Center Dr
# 550
Scott Depot, WV 25560
```

```
Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Old City Media, Inc
211 North 13th St
Suite 800
Philadelphia, PA 19107


Oracle America, Inc
P.O. Box 203448
Dallas, TX 75320-3448


Palm Beach County Tax Collector
PO Box 3353
West Palm Beach, FL 33402-3353


Precision Air Systems Inc.
11101 South Crown Way
Suite 2
Wellington, FL 33414


Proctor Companies
10497 Centennial Rd
Littleton, CO 80127


PTC Owners Association
111 Rockville Pike
Suite 1100
Rockville, MD 20850


Putnam County Sheriff's Tax Office
3389 Winfield Road
Winfield, WV 25213


R. Ibex Heating & Cooling
11704 Keymar Rd
Keymar, MD 21757


Rait Partnership, LP
Inlet Square Mall - 7915
P.O. Box 7247
Philadelphia, PA 19170-7915
```

RealD
5700 Fiat Iron Pkwy
Boulder, CO 80301


Reel Pro Solutions
1868 Auburn Ave
Naperville, IL 60565


Republic Services
P.O. Box 9001099
Louisville, KY 40290-1099


Ron Carter & Associates, Inc
P.O. Box 81
Montgomeryville, PA 18936


Ronald Neifield, LLC
722 South 16th St
Philadelphia, PA 19146


Sakh, Inc
138 Barbados Dr
Jupiter, FL 33458


SC Electric & Gas
P.O. Box 100255
Columbia, SC 29202-3255


Screenvision
attn: Accounts Receivable
1411 Broadway
33rd Floor
New York, NY 10018


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131

Sign Art
Lockwood Identity, Inc
P.O. Box 560648
Charlotte, NC 28256


SimplexGrinnell
Dept Ch 10320
Palatine, IL 60055-0320


SMBC Leasing and Finance, Inc.
277 Park Ave
New York, NY 10172


Sony Electronics Inc.
16530 Via Esprillo, MS 7325
San Diego, CA 92127


Sony Electronics, Inc
22470 Network Pl
Chicago, IL 60673-1224


South Jersey Gas
P.O. Box 6091
Bellmawr, NJ 08099-6091


South Philly Review
RPM Philly
P.O. Box 1870
Cherry Hill, NJ 08034


Southern Pest Control
P.O. Box 315
Rio Grande, NJ 08242


Staples Advantage
Dept Atl
P.O. Box 405386
Atlanta, GA 30384-5386


Stone Termite & Pest Control
5212 Swiss Dr
Cross Lanes, WV 25313


Store Capital Acquisitions, LLC

Strong Technical Services, Inc
P.O. Box 310299
Des Moines, IA 50331-0299


Surrey Bank & Trust
145 North Renfro St
Mount Airy, NC 27030-7030


Swago T-Shirts, Inc
90 Southwest 3rd St
Suite 4104
Miami, FL 33130


Sysco Cincinnati, LLC
P.O. Box 62066
Cincinnati, OH 45262-0066


Sysco Columbia, LLC
P.O. Box 9224
Columbia, SC 29209


Sysco Food of Central PA
P.O. Box 3641
Harrisburg, PA 17105


Sysco Philadelphia, LLC
P.O. Box 6499
Philadelphia, PA 19145


The Bancorp Bank
1818 Market Street, 28th Floor
Philadelphia, PA 19103


The Hanover Insurance Group
P.O. Box 580045
Charlotte, NC 28258-0045


The Icee Company
P.O. Box 515723
Los Angeles, CA 90051-5203


The Lamar Companies
Lamar Texas Limited Partnership
P.O. Box 96030
Baton Rouge, LA 70896

The Pearce Law Group, PC
1314 Professional Dr
Myrtle Beach, SC 29577


The Philadephia Protection Unit, LLC
2126 North 58th St
Philadelphia, PA 19131


Thyssenkrupp Elevator Corporation
Attn: Accounts Receivable
7481 Northwest 66th
Miami, FL 33166


Tilton Properties, LLC
P.O. Box 5
Northfield, NJ 08225


Toshiba Financial Services
P.O. Box 105710
Atlanta, GA 30348-5710


Tyco Integrated Security, LLC
ADT Security
P.O. Box 371967
Pittsburgh, PA 15250-7967


Union Oil & Gas
P.O. Box 27
Winfield, WV 25213


United Bank of Philadelphia
30 South 15th St
12th Floor
Philadelphia, PA 19102-4805


United Healthcare
P.O. Box 94017
Palatine, IL 60094


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


Vantiv Integrated Payment Solutions
P.O. Box 639096
Cincinnati, OH 45263-9096


Venue Industries, LLC
3212 North 40th St
# 103 B
Tampa, FL 33606


VFI-SPV VIII, Corp / VFI KR SPE I, LLC
6340 South 3000 East, Suite 400
Salt Lake City, UT 84121


Vista Entertainment Solutions US Ltd
6300 Wilshire Blvd
Suite 940
Los Angeles, CA 90048


Vistar
P.O. Box 784866
Philadelphia, PA 19178-4866


VSC Fire & Security, Inc
10343-B King Acres Rd
Ashland, VA 23005-8000


Waste Industries
3301 Benson Dr
Suite 601
Raleigh, NC 27609


Waste Management
P.O. Box 13648
Philadelphia, PA 19101-3648


Waste Pro - Pompano
P.O. Box 865228
Orlando, FL 32886-5228

```
Weiner, Shearouse, Weitz,
Greenbert & Shawe, LLP
P.O. Box 10105
Savannah, GA 31412-0305


Weldon, WIlliams & Lick, Inc
P.O. Box 168
Fort Smith, AR 72902-0168


West Virginia State Tax Department
Tax Account Administration Division
PO Box 1826
Charleston, WV 25327-1826


Windstream
P.O. Box 9001013
Louisville, KY 40290-1013


Zap Pest Control LLC
P.O. Box 1853
Media, PA 19063-8853
```