**Fill in this information to identify the case:**

Debtor name: **Frank Entertainment Companies, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 16, 2018**     X  /s/ Bruce Frank
                                        Signature of individual signing on behalf of debtor

                                        **Bruce Frank**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Frank Entertainment Companies, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): **18-20023**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **30 West Pershing, LLC** c/o EPR Properties 909 Walnut Suite 200 Kansas City, MO 64106 | | Vendor | | | | $224,128.76 |
| **35 Oak US 5 Inc.** Attn: David Atkins 766 Riverside Dr Coral Springs, FL 33071 | | Vendor | | | | $267,398.70 |
| **ADW Architects** Six Coliseum Centre 2815 Coliseum Center Dr Suite 500 Charlotte, NC 28217 | | Vendor | | | | $143,102.66 |
| **Ajax Metal Building Master Tenant, LP** c/o Core Asset Management 114 Chestnut St 5th Floor Philadelphia, PA 19106 | | Vendor | | | | $1,391,651.81 |
| **Ashby & Geddes** 500 Delaware Ave P.O. Box 1150 Wilmington, DE 19899 | | Vendor | | | | $48,315.49 |
| **Astor Weiss Kaplan & Mandel, LLP** 200 South Broad St Suite 600 Philadelphia, PA 19102 | | Vendor | | | | $551,072.98 |

| Debtor | **Frank Entertainment Companies, LLC** | | | Case number *(if known)* | **18-20023** |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brixmor Victory Square, LLC**<br>c/o Brixmor Property Group<br>P.O. Box 645351<br>Cincinnati, OH 45264-5351 | | **Vendor** | | | | $124,692.36 |
| **Capital Contractors, Inc**<br>25049 Network Pl<br>Chicago, IL 60673-1250 | | **Vendor** | | | | $48,141.20 |
| **Comiter, Singer, Baseman & Braun, LLP**<br>3801 PGA Blvd<br>Suite 604<br>Palm Beach Gardens, FL 33410 | | **Vendor** | | | | $45,581.25 |
| **Destiny USA Holdings LLC**<br>Pyramid Company of Onondaga<br>M & T Bank<br>P.O. Box 800 - Dept #691<br>Buffalo, NY 14267 | | **Vendor** | | | | $290,000.00 |
| **Fishtown Fleet Wash**<br>P.O. Box 29367<br>Philadelphia, PA 19125 | | **Vendor** | | | | $55,200.00 |
| **Freedom Enterprise, Inc**<br>P.O. Box 736<br>1741 Valley Forge Rd<br>Worcester, PA 19490 | | **Vendor** | | | | $67,032.22 |
| **Gettysburg Outlet Center, LP**<br>5383 Paysphere Cir<br>Chicago, IL 60674 | | **Vendor** | | | | $355,678.84 |
| **Imax Corporation**<br>2525 Speakman Dr<br>Mississauga, Ontario L5K 1B1 Canada | | **Vendor** | | | | $209,003.44 |
| **NEC Financial Services**<br>24189 Network Pl<br>Chicago, IL 60673-1241 | | **Vendor** | | | | $137,819.82 |

Debtor **Frank Entertainment Companies, LLC**  
Name

Case number *(if known)* **18-20023**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PTC Owners Association**<br>**111 Rockville Pike**<br>**Suite 1100**<br>**Rockville, MD 20850** | | **Vendor** | | | | $71,859.10 |
| **Rait Partnership, LP**<br>**Inlet Square Mall - 7915**<br>**P.O. Box 7247**<br>**Philadelphia, PA 19170-7915** | | **Vendor** | **Disputed** | | | $952,842.33 |
| **Sony Electronics, Inc**<br>**22470 Network Pl**<br>**Chicago, IL 60673-1224** | | **Vendor** | | | | $44,654.17 |
| **The Hanover Insurance Group**<br>**P.O. Box 580045**<br>**Charlotte, NC 28258-0045** | | **Vendor** | | | | $148,990.41 |
| **Tilton Properties, LLC**<br>**P.O. Box 5**<br>**Northfield, NJ 08225** | | **Landlord for theatre in Northfield, NJ. Unpaid Rent for June, July, and August.** | | | | $723,647.22 |