**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                           Case No: 18-20023-MAM

FRANK ENTERTAINMENT COMPANIES, LLC     Chapter 11

                    Debtor                       /

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE, that the Craig Solomon Ganz hereby enters his appearance for STORE Capital Acquisitions, LLC ("STORE"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Rules 2090-1(C)(1) and 9010-1(A) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Florida, and request that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon STORE through its undersigned counsel, as follows:

Craig S. Ganz, Esquire
BALLARD SPAHR LLP
1 East Washington Street
Suite 2300
Phoenix, Arizona 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
E-mail: ganzc@ballardspahr.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints,

demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of STORE including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of Florida (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which STORE is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until STORE expressly states otherwise, STORE does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: August 22, 2018               */s/* Craig S. Ganz

                                            Craig S. Ganz
                                            Michael S. Myers
                                            BALLARD SPAHR LLP
                                            1 East Washington Street
                                            Suite 2300
                                            Phoenix, Arizona 85004-2555
                                            Telephone: (602) 798-5400
                                            Facsimile: (602) 798-5595
                                            E-mail: ganzc@ballardspahr.com
                                                                myersms@ballardspahr.com

                                            *Counsel for STORE Capital Acquisitions, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2018 a true and correct copy of the foregoing has been furnished via CM/ECF and/or U.S. Mail to all parties listed below:

Bradley S. Shraiberg, Esq.
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, FL 33431
*Counsel for the Debtor*

Frank Entertainment Companies, LLC
1003 W. Indiantown Rd., Suite 210
Jupiter, FL 33458
*Debtor*

James A. Timko, Esq.
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1600
Orlando, FL 32801
*Counsel for Frank Theatres Rio, LLC and Frank Entertainment Group, LLC*

Heather L. Ries, Esq.
Fox Rothschild LLP
777 S. Flagler Drive
Suite 400 West Tower
West Palm Beach, FL 33401
*Counsel for The Bancorp Bank*

Office of the United States Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130


By: *Caroline Wright*