```
                          United States Bankruptcy Court
                          Southern District of Florida
In re:                                                            Case No. 18-20023-MAM
Frank Entertainment Companies, LLC                                Chapter 11
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 113C-9          User: montygier              Page 1 of 4              Date Rcvd: Aug 20, 2018
                              Form ID: 309F                Total Noticed: 157


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db             +Frank Entertainment Companies, LLC,    1003 W. Indiantown Rd, Suite 210,
                 Jupiter, FL 33458-6851
aty            +Heather L. Ries, Esq.,    777 South Flagler Drive, Suite 1700,    West Palm Beach, FL 33401-6159
cr             +The Bancorp Bank,   c/o Heather L. Ries, Esq.,     Fox Rothschild LLP,    777 S. Flagler Drive,
                 Suite 1700 West Tower,    West Palm Beach, FL 33401-6161
94663056       +30 West Pershing, LLC,   c/o EPR Properties,    909 Walnut,   Suite 200,
                 Kansas City, MO 64106-2003
94663057       +35 Oak US 5 Inc.,   Attn: David Atkins,    766 Riverside Dr,    Coral Springs, FL 33071-7611
94663058       +A & B CC Cleaning Company, LLC,   P.O. Box 670144,    Coral Springs, FL 33067-0003
94663059       +A & I Fire & Water Restoration,    A & I Corporation,    1004 8th Ave N,
                 Myrtle Beach, SC 29577-3848
94663060       +ADW Architects,   Six Coliseum Centre,    2815 Coliseum Center Dr,    Suite 500,
                 Charlotte, NC 28217-0141
94663061       +Affordable Fire Solutions, LLC,    P.O. Box 1077,    Tyler, TX 75710-1077
94663062        Airgas National Carbonation,    P.O. Box 602792,    Charlotte, NC 28260-2792
94663063       +Ajax Metal Building Master Tenant, LP,    c/o Core Asset Management,    114 Chestnut St,
                 5th Floor,   Philadelphia, PA 19106-3069
94663065        Appalachian Power,   P.O. Box 371496,    Pittsburgh, PA 15250-7496
94663066       +Appalachian Signals and Products, Inc.,    ASAP,    P.O. Box 508,    Winfield, WV 25213-0508
94663067       +Ashby & Geddes,    500 Delaware Ave,    P.O. Box 1150,    Wilmington, DE 19899-1150
94663068       +Astor Weiss Kaplan & Mandel, LLP,    200 South Broad St,    Suite 600,
                 Philadelphia, PA 19102-3813
94663070        Atlantic City Electric,    P.O. Box 13160,   Philadelphia, PA 19101-3610
94663072        Bank of America,    P.O. Box 15796,    Wilmington, DE 19886-5796
94663073       #Beverage & Equipment Service Technicians,    1021 Washington Ave,    Croydon, PA 19021-7568
94663074       +Bose McKinney & Evans, LLP,    111 Monument Cir,    Suite 2700,    Indianapolis, IN 46204-5120
94663075        Brixmor Victory Square, LLC,    c/o Brixmor Property Group,    P.O. Box 645351,
                 Cincinnati, OH 45264-5351
94663076        Broward County Tax Collector,    PO Box 29009,    Fort Lauderdale, FL 33302-9009
94663077        Capital Contractors, Inc,    25049 Network Pl,    Chicago, IL 60673-1250
94663078        Cardmemeber Service,    P.O. Box 1423,   Charlotte, NC 28201-1423
94663079       +Catalyst Outdoor Advertising, LLC,    3400 West Chester Pike,    Suite 100,
                 Newtown Square, PA 19073-4640
94663080        Center for Forensic Studies,    1608 Walnut St,    Philadelphia, PA 19103-5450
94663081        Chase,   P.O. Box 1423,    Charlotte, NC 28201-1423
94663083       +Cinema Scene Marketing,    9200 Indian Creek Pkwy,    # 200,    Overland Park, KS 66210-2094
94663084       +Cinevizion,    Chaplin Theatre,    5300 Melrose Ave,    Suite B-210,   Los Angeles, CA 90038-5111
94663085        Cintas Corporation,    P.O. Box 630803,   Cincinnati, OH 45263-0803
94663088       +City Plumbing,    3383 Miller St,   Philadelphia, PA 19134-5324
94663086       +City of Conway,    P.O. Box 1507,    Conway, SC 29528-1507
94663089       +Cleanex Global, LLC,    3535 Overlook Dr NE,    Saint Petersburg, FL 33703-5537
94663090       +Comiter, Singer, Baseman & Braun, LLP,    3801 PGA Blvd,    Suite 604,
                 Palm Beach Gardens, FL 33410-2756
94663091       +Commercial Lighting Company,    P.O. Box 270651,    Tampa, FL 33688-0651
94663092       +Connolly Gallagher, LLP,    1000 West St,    # 1400,    Wilmington, DE 19801-1054
94663093       +Corporate Service Consultants, LLC,    P.O. Box 1048,    Dandridge, TN 37725-1048
94663095       +Corporation Service Company,    As Representative,    PO Box 2576,    Springfield, IL 62708-2576
94663096       +Cruden Bay Partners, LLC,    3601 PGA Blvd, Suite 220,    Palm Beach Gardens, FL 33410-2712
94663098       +Dade Paper & Bag Co.,    7605 Dorsey Run Rd,    Suite C,   Jessup, MD 20794-9364
94663099       +Daszkal Bolton, LLP,    4455 Military Trail,    Suite 201,    Jupiter, FL 33458-4843
94663100        Deluxe Echostar, LLC,    File # 749669,   P.O. Box 749669,    Los Angeles, CA 90074-9669
94663101       +Destiny USA Holdings LLC,    Pyramid Company of Onondaga,    M & T Bank,
                 P.O. Box 800 - Dept #691,    Buffalo, NY 14267-0001
94663102        Diversey, Inc,    25337 Network Pl,    Chicago, IL 60673-1253
94663103       +EFA Partners,    1205 Johnson Ferry Rd,    Suite 136-134,    Marietta, GA 30068-5418
94663104       +Entertainment Supply & Technologies, LLC,    3820 Northdale Blvd,    # 308B,
                 Tampa, FL 33624-1877
94663108       +FEP Building Solutions,    P.O. Box 436,    1741 Valley Forge Rd,    Worcester, PA 19490-0436
94663106        Faraco Knife & Slicer Co,    P.O. Box #42,    Pennsburg, PA 18073-0042
94663107       +Fast Signs of Philadelphia,    1600 JFK Pkwy,    Suite 104,    Philadelphia, PA 19103-2814
94663109        Fidelity Burglar & Fire Alarm Co.,    1900 Woodhaven Rd,    Philadelphia, PA 19116-3024
94663110       #+First American Title Insurance Company,    Two Liberty Place,    50 South 16th St,    Suite 3010,
                 Philadelphia, PA 19102-2561
94663111        First National Capital Corporation,    1026 Highway 6 N,    Houston, TX 77079
94663113       +Fishtown Fleet Wash,    P.O. Box 29367,    Philadelphia, PA 19125-0367
94663115       +Frank Investments, Inc,    1003 West Indiantown Rd,    Suite 210,    Jupiter, FL 33458-6851
94663116       +Freedom Enterprise, Inc,    P.O. Box 736,    1741 Valley Forge Rd,    Worcester, PA 19490-0736
94663117        Freedom International Shipping, LLC,    England Log,    P.O. Box 788,    Jupiter, FL 33468-0788
94663119       +Gettysburg Outlet Center, LP,    5383 Paysphere Cir,    Chicago, IL 60674-0053
94663120       +Gettysburg Times Publishing, LLC,    P.O. Box 3669,    Gettysburg, PA 17325-0669
94663121        Guardian,   P.O. Box 824404,    Philadelphia, PA 19182-4404
94663122       +Holiday Inn Express,    Delaware Waterfront Associates,    100 North Columbus Blvd,
                 Philadelphia, PA 19106-2001
94663124        Imax Corporation,    2525 Speakman Dr,    Mississauga, Ontario L5K 1B1,    Canada
```

```
District/off: 113C-9           User: montygier            Page 2 of 4              Date Rcvd: Aug 20, 2018
                               Form ID: 309F              Total Noticed: 157


94663128       +Jani-King of Savannah,    Savannah River Enterprises, Inc,    3665 Wheeler Rd,    Suite 1A,
                 Augusta, GA 30909-6596
94663129       +Jeff Macharyas,    19 State St,    Canton, NY 13617-1062
94663130       +Jefferson County Sheriff's Tax Office,     112 E. Washington St.,    Charles Town, WV 25414-1072
94663131       +Johnny's Lawn Service LLC,    Ronald D. Coculo,    117 Parkview Dr,    Saint Albans, WV 25177-3429
94663132        Kay & Sons, LLC,    52 Buttonwood St,    Norristown, PA 19401
94663133      #+Kishmish, Inc,    217 Montgomery St,    Suite 801,    Syracuse, NY 13202-1939
94663134       +La Quinta Inn & Suites,    Rushi Hospitality LLC,    5000 Clover Rd,
                 Mount Laurel, NJ 08054-5110
94663136       +Las Olas Riverfront, LP,    c/o Jason R. Block,    Rennert Vogel Mandler & Rodriguez, PA,
                 100 SE 2nd St., Ste 2900 - Miami Tower,    Miami, FL 33131-2119
94663135       +Las Olas Riverfront, LP,    2434 East Las Olas Blvd,    Fort Lauderdale, FL 33301-1573
94663137       +Liberty Integrated Solutions, Inc,    1230 Old York Rd,    Suite 201,    Warminster, PA 18974-2030
94663138        Lumos Network,    P.O. Box 11171,    Charleston, WV 25339-1171
94663140        NEC Financial Services, LLC,    250 Pehle Ave, Suite 309,    Saddle Brook, NJ 07663-5800
94663143        NO S Properties, LLC,    500 Corporate Center Dr,    # 550,    Scott Depot, WV 25560
94663141        New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
94663142        New York State Department of,    Financial Services,    One State St,    New York, NY 10004-1511
94663144        Office of Attorney General,    State of Florida,    The Capitol PL-01,
                 Tallahassee, FL 32399-1050
94663145       +Old City Media, Inc,    211 North 13th St,    Suite 800,    Philadelphia, PA 19107-1610
94663146        Oracle America, Inc,    P.O. Box 203448,    Dallas, TX 75320-3448
94663150       +PTC Owners Association,    111 Rockville Pike,    Suite 1100,    Rockville, MD 20850-5139
94663148       +Precision Air Systems Inc.,    11101 South Crown Way,    Suite 2,    Wellington, FL 33414-8792
94663149       +Proctor Companies,    10497 Centennial Rd,    Littleton, CO 80127-4218
94663151       +Putnam County Sheriff's Tax Office,    3389 Winfield Road,    Winfield, WV 25213-9370
94663152       +R. Ibex Heating & Cooling,    11704 Keymar Rd,    Keymar, MD 21757-7920
94663153        Rait Partnership, LP,    Inlet Square Mall - 7915,    P.O. Box 7247,
                 Philadelphia, PA 19170-7915
94663154       +RealD,    5700 Fiat Iron Pkwy,    Boulder, CO 80301-5733
94663155       +Reel Pro Solutions,    1868 Auburn Ave,    Naperville, IL 60565-6700
94663156        Republic Services,    P.O. Box 9001099,    Louisville, KY 40290-1099
94663157       +Ron Carter & Associates, Inc,    P.O. Box 81,    Montgomeryville, PA 18936-0081
94663158       +Ronald Neifield, LLC,    722 South 16th St,    Philadelphia, PA 19146-2013
94663160      ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,    MAIL CODE C 222,    CAYCE SC 29033-3701
                (address filed with court: SC Electric & Gas,    P.O. Box 100255,    Columbia, SC 29202-3255)
94663166       +SMBC Leasing and Finance, Inc.,    277 Park Ave,    New York, NY 10172-0003
94663159       +Sakh, Inc,    138 Barbados Dr,    Jupiter, FL 33458-2913
94663161       +Screenvision,    attn: Accounts Receivable,    1411 Broadway,    33rd Floor,
                 New York, NY 10018-3423
94663163       +Securities and Exchange Commission,    801 Brickell Ave., Suite 1800,    Miami, FL 33131-4901
94663164       +Sign Art,    Lockwood Identity, Inc,    P.O. Box 560648,    Charlotte, NC 28256-0648
94663167       +Sony Electronics Inc.,    16530 Via Esprillo, MS 7325,    San Diego, CA 92127-1708
94663168        Sony Electronics, Inc,    22470 Network Pl,    Chicago, IL 60673-1224
94663169        South Jersey Gas,    P.O. Box 6091,    Bellmawr, NJ 08099-6091
94663170       +South Philly Review,    RPM Philly,    P.O. Box 1870,    Cherry Hill, NJ 08034-0019
94663171       +Southern Pest Control,    P.O. Box 315,    Rio Grande, NJ 08242-0315
94663172        Staples Advantage,    Dept Atl,    P.O. Box 405386,    Atlanta, GA 30384-5386
94663173       +Stone Termite & Pest Control,    5212 Swiss Dr,    Cross Lanes, WV 25313-1614
94663175        Strong Technical Services, Inc,    P.O. Box 310299,    Des Moines, IA 50331-0299
94663176       +Surrey Bank & Trust,    145 North Renfro St,    Mount Airy, NC 27030-3834
94663177       +Swago T-Shirts, Inc,    90 Southwest 3rd St,    Suite 4104,    Miami, FL 33130-4068
94663178        Sysco Cincinnati, LLC,    P.O. Box 62066,    Cincinnati, OH 45262-0066
94663179       +Sysco Columbia, LLC,    P.O. Box 9224,    Columbia, SC 29290-0224
94663180       +Sysco Food of Central PA,    P.O. Box 3641,    Harrisburg, PA 17105-3641
94663181       +Sysco Philadelphia, LLC,    P.O. Box 6499,    Philadelphia, PA 19145-0199
94663184        The Icee Company,    P.O. Box 515723,    Los Angeles, CA 90051-5203
94663185       +The Lamar Companies,    Lamar Texas Limited Partnership,    P.O. Box 96030,
                 Baton Rouge, LA 70896-9030
94663186       +The Pearce Law Group, PC,    1314 Professional Dr,    Myrtle Beach, SC 29577-5767
94663187       +The Philadephia Protection Unit, LLC,    2126 North 58th St,    Philadelphia, PA 19131-3009
94663188       +Thyssenkrupp Elevator Corporation,    Attn: Accounts Receivable,    7481 Northwest 66th,
                 Miami, FL 33166-2801
94663189       +Tilton Properties, LLC,    P.O. Box 5,    Northfield, NJ 08225-0005
94663190        Toshiba Financial Services,    P.O. Box 105710,    Atlanta, GA 30348-5710
94663191        Tyco Integrated Security, LLC,    ADT Security,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
94663196       +US Attorney Southern District of Florida,    500 South Australian Avenue,    Suite 400,
                 West Palm Beach, FL 33401-6209
94663192       +Union Oil & Gas,    P.O. Box 27,    Winfield, WV 25213-0027
94663193        United Bank of Philadelphia,    30 South 15th St,    12th Floor,    Philadelphia, PA 19102-4805
94663194       +United Healthcare,    P.O. Box 94017,    Palatine, IL 60094-4017
94663195        United States Attorney General's Office,    US Department of Justice,    950 Pennsylvania Avenue,
                 Washington, DC 20530-0001
94663199       +VFI-SPV VIII, Corp / VFI KR SPE I, LLC,    6340 South 3000 East, Suite 400,
                 Salt Lake City, UT 84121-5572
94663202       +VSC Fire & Security, Inc,    10343-B King Acres Rd,    Ashland, VA 23005-8059
94663197        Vantiv Integrated Payment Solutions,    P.O. Box 639096,    Cincinnati, OH 45263-9096
94663198       +Venue Industries, LLC,    3212 North 40th St,    # 103 B,    Tampa, FL 33605-2322
94663200       +Vista Entertainment Solutions US Ltd,    6300 Wilshire Blvd,    Suite 940,
                 Los Angeles, CA 90048-5235
```

```
District/off: 113C-9                 User: montygier              Page 3 of 4                 Date Rcvd: Aug 20, 2018
                                     Form ID: 309F                Total Noticed: 157


94663201       Vistar,   P.O. Box 784866,   Philadelphia, PA 19178-4866
94663204       Waste Management,    P.O. Box 13648,   Philadelphia, PA 19101-3648
94663205       Waste Pro - Pompano,    P.O. Box 865228,   Orlando, FL 32886-5228
94663206       Weiner, Shearouse, Weitz,,   Greenbert & Shawe, LLP,   P.O. Box 10105,
                Savannah, GA 31412-0305
94663207       Weldon, WIlliams & Lick, Inc,   P.O. Box 168,   Fort Smith, AR 72902-0168
94663208       West Virginia State Tax Department,    Tax Account Administration Division,   PO Box 1826,
                Charleston, WV 25327-1826
94663209       Windstream,   P.O. Box 9001013,   Louisville, KY 40290-1013
94663210       Zap Pest Control LLC,    P.O. Box 1853,   Media, PA 19063-8853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bss@slp.law Aug 21 2018 01:37:16    Bradley S Shraiberg,
                2385 NW Executive Center Dr. #300,   Boca Raton, FL  33431
smg            EDI: FLDEPREV.COM Aug 21 2018 04:53:00    Florida Department of Revenue,   POB 6668,
                Bankruptcy Division,    Tallahassee, FL  32314-6668
smg            EDI: IRS.COM Aug 21 2018 04:53:00    IRS,   POB 7346,   Philadelphia, PA  19101-7346
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 21 2018 01:38:31    Office of the US Trustee,
                51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
94663069       EDI: ATTWIREBK.COM Aug 21 2018 04:53:00    AT&T,   P.O. Box 105262,   Atlanta, GA 30348-5262
94663064       EDI: AMEREXPR.COM Aug 21 2018 04:53:00    American Express,   P.O. Box 650448,
                Dallas, TX 75265-0448
94663071       +E-mail/Text: kberan@amuref.com Aug 21 2018 01:40:21    Axis Capital, Inc.,
                308 N. Locust Street, Suite 100,   Grand Island, NE 68801-5985
94663087       E-mail/Text: megan.harper@phila.gov Aug 21 2018 01:39:37    City of Philadelphia,
                Department of Revenue,   1401 John F. Kennedy Blvd,   Concourse Level,
                Philadelphia, PA 19102
94663097       E-mail/Text: cls-bankruptcy@wolterskluwer.com Aug 21 2018 01:39:54    CT Corporation,
                P.O. Box 4349,   Carol Stream, IL 60197-4349
94663094       E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Aug 21 2018 01:37:24    Corporation Service Company,
                P.O. Box 13397,   Philadelphia, PA 19101-3397
94663105       +E-mail/Text: bankruptcynotices@everestre.com Aug 21 2018 01:40:22
                Everest National Insurance Co.,    File 57345,   725 West Town & Country Rd,   Suite 400,
                Orange, CA 92868-4717
94663114       EDI: FLDEPREV.COM Aug 21 2018 04:53:00    Florida Department of Revenue,   P.O. Box 6668,
                Tallahassee, FL 32314-6668
94663118       EDI: GADEPTOFREV.COM Aug 21 2018 04:53:00    Georgia Department of Revenue,   PO Box 105408,
                Atlanta, GA 30348-5408
94663123       E-mail/Text: paymentdept@htcinc.net Aug 21 2018 01:38:07    HTC,   P.O. Box 1819,
                Conway, SC 29528-1819
94663127       +E-mail/Text: ipfscollectionsreferrals@ipfs.com Aug 21 2018 01:39:42    IPFS Corporation,
                P.O. Box 100391,   Pasadena, CA 91189-0391
94663139       E-mail/Text: litigation@neclease.com Aug 21 2018 01:37:21    NEC Financial Services,
                24189 Network Pl,   Chicago, IL 60673-1241
94663147       E-mail/Text: legalservices@pbctax.com Aug 21 2018 01:38:49    Palm Beach County Tax Collector,
                PO Box 3353,   West Palm Beach, FL 33402-3353
94663162       +E-mail/Text: secbankruptcy@sec.gov Aug 21 2018 01:38:45    SEC Headquarters,
                100 F Street, NE,   Washington, DC 20549-2001
94663165       E-mail/Text: bankruptcy@simplexgrinnell.com Aug 21 2018 01:39:10    SimplexGrinnell,
                Dept Ch 10320,   Palatine, IL 60055-0320
94663182       +E-mail/Text: gcummings@thebancorp.com Aug 21 2018 01:37:24    The Bancorp Bank,
                1818 Market Street, 28th Floor,   Philadelphia, PA 19103-3629
94663183       E-mail/Text: ogclitmail@hanover.com Aug 21 2018 01:40:09    The Hanover Insurance Group,
                P.O. Box 580045,   Charlotte, NC 28258-0045
94663203       +E-mail/Text: WasteIndCollect@wasteindustries.com Aug 21 2018 01:38:55    Waste Industries,
                3301 Benson Dr,   Suite 601,   Raleigh, NC 27609-7331
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
94663174       Store Capital Acquisitions, LLC
94663082*      Chase,   P.O. Box 1423,   Charlotte, NC 28201-1423
94663112*      First National Capital Corporation,   1026 Highway 6 N,   Houston, TX 77079
94663125*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
94663126*      Internal Revenue Service,   Attn: Special Procedures,   P.O. Box 34045,   Stop 572,
                Jacksonville, FL 32202
                                                                                   TOTALS: 1, * 4, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 113C-9          User: montygier             Page 4 of 4                   Date Rcvd: Aug 20, 2018
                              Form ID: 309F               Total Noticed: 157
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Bradley S Shraiberg    on behalf of Debtor    Frank Entertainment Companies, LLC bss@slp.law,
               dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;ematteo@slp.law;cdraper@slp.law
              Heather L. Ries, Esq.    on behalf of Creditor    The Bancorp Bank hries@foxrothschild.com,
               ralbert@foxrothschild.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Frank Entertainment Companies, LLC**<br>Name | EIN | **26–1375440** |
| United States Bankruptcy Court **Southern District of Florida**<br>Case number: **18–20023–MAM** | | Date case filed for chapter **11** **8/17/18** | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
**Do not file this notice with any proof of claim or other filing in the case.**

<u>**WARNING TO DEBTOR:**</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Frank Entertainment Companies, LLC | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 1003 W. Indiantown Rd, Suite 210<br>Jupiter, FL 33458 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Bradley S Shraiberg<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431 | Contact phone (561) 443–0801 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (561) 514–4100 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** The clerk's office is closed on all legal holidays.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **8/20/18** |
| 6. | ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | October 2, 2018 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***LOCATION:**<br><br>**Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401** |

**For more information, see page 2 >**

Local Form 309F USBC SDFL (Corporations or Partnerships)  (08/15/2018)  **Notice of Chapter 11 Bankruptcy Case**      page **1**

Debtor  **Frank Entertainment Companies, LLC**                                                Case number **18–20023–MAM**

| | | |
|---|---|---|
| 7. **Proof of Claim Deadline** | Deadline for all creditors to file a proof of claim (except governmental units): | Filing deadline: 12/31/18 |
| | Deadline for governmental units to file a proof of claim: | Filing deadline: 2/13/19 |
| **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.flsb.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>● your claim is designated as *disputed, contingent,* or *unliquidated*;<br>● you file a proof of claim in a different amount; or<br>● you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's officei or online at www.pacer.gov<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | |
| 8. **Exception to Discharge Deadline**<br><br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint:**    12/03/2018 | |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 12. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |
| 13. **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. | |