UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FRANK ENTERTAINMENT
COMPANIES, LLC,                                              Chapter 11

    Debtor.                                                              Case No.: 18-20023-MAM
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the debtor-in-possession, Frank Entertainment Companies, LLC (the "Debtor"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **August 17, 2018**

2. Names, case numbers and dates of filing of related debtors:

- **Rio Mall, LLC; Petition Date: 6/28/2018; Case No. 18-17840-EPK**
- **Frank Investments, Inc.; Petition Date: 8/17/2018; Case No. 18-20019-EPK**
- **Frank Theatres Management, LLC; Petition Date: 8/17/2018; Case No. 18-20022-MAM**

3. Description of Debtor's business: **Motion Picture Theatre Operator**

4. Locations of debtor's operations and whether the business premises are leased or owned: **Leased operating facilities - Egg Harbor Township, NJ; Northfield, NJ; Gettysburg, PA; Scott Depot, WV; Philadelphia, PA. Owned facility – Conway, SC**

5. Reasons for filing chapter 11: **The company was unable to absorb the expenses associated with its closing of its unprofitable theatres. These closings created significant liabilities with the theatres former landlords.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: **Bruce S. Frank, Member/Manager. Salary of $300,000 per year plus health benefits.**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition (these numbers include gross income from the Debtor's wholly owned operating company): **YTD 2018 Gross Income: $7,849,655; 2017 Gross Income: $12,438,250.**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations: **Approximately $54,540.97**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

    - **Axis Capital, Inc: Unknown**
    - **Corporation Service Company: Unknown**
    - **Cruden Bay Partners Company: Unknown**
    - **NEC Financial Services, LLC: Unknown**
    - **SMBC Leasing and Finance, Inc.: Unknown**
    - **Sony Electronics, Inc.: Unknown**
    - **Store Capital Acquisitions, LLC: Unknown**
    - **Surrey Bank & Trust: $4,308,511.89**
    - **The Bancorp Bank: Unknown**
    - **United Bank of Philadelphia: $2,598,977.23**
    - **VFI-SPV VIII, Corp / VFI KR SPE I, LLC: Unknown**

    c. Amount of unsecured nonpriority claims: **Approximately $6,683,928.18**

9. General description and approximate value of the debtor's assets: **Cash $40,000; Inventory $39,000; Fixed Assets including furniture and equipment in 5 theatres, furniture and equipment in a bowling center, and real property in Conway, SC - $9,250,000**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.

| Insurer | Type of Policy | Policy # | Extent of Coverage | Is the Premium Current? | Expiration Date of Policy |
|---|---|---|---|---|---|
| Lexington | Property | AIP1333644200 | 17,917,000 | Yes | 11/1/18 |
| Hanover | General Liability | LHFD41735902 | 2,000,000 | Yes | 11/1/18 |
| Hanover | Umbrella Liability | UHFD41741300 | 5,000,000 | Yes | 11/1/18 |
| Hanover | Auto Liability | AWFA76825002 | 1,000,000 | Yes | 11/1/18 |
| Travelers | Boiler and Machinery | BME10L553324TIL18 | 75,000,000 | Yes | 7/1/19 |
| Everest Nation Insurance Co | Workers Compensation | CA10002881171 | 1,000,000 | Yes | 12/15/18 |

11. Number of employees and amounts of wages owed as of petition date: **Approximately 140 employees. Amounts owed to each employee will be provided.**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **Payroll taxes current, some sales taxes not current. Approximately $54,540.97 owed in taxes.**

13. Anticipated relief to be requested within 14 days from the petition date:
**(a) Application to employ bankruptcy counsel; (b) motion for authority to use cash collateral.**

14. Ownership structure of the Debtor: **100% owned by Bruce S. Frank**

**Frank Entertainment Companies, LLC**

By: _____
Bruce S. Frank, President

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 24th day of August, 2018.

        Respectfully Submitted,

        **SHRAIBERG, LANDAU & PAGE, P.A.**
        Attorneys for the Debtor
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        pdorsey@slp.law

        By:   /s/ Patrick Dorsey
              Patrick Dorsey
              Florida Bar. No. 85841